# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case Nos.: 2:16-cr-00225-GMN-PAL |
| vs. ) | 2:17-cr-00367-RFB-VCF |
| ) | |
| JULIAN GARCIA-PALOMERA, ) | **OMNIBUS TRANSFER ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court are the Joint Motions to Consolidate Defendant Julian Garcia Palomera's cases 2:16-cr-00225-GMN-PAL, (ECF No. 102), and 2:17-cr-00367-RFB-VCF, (ECF No. 18). The Court finds that judicial economy would be served by having both cases heard by a single district judge and magistrate judge.

Accordingly,

IT IS HEREBY ORDERED that the Joint Motions to consolidate, (ECF Nos. 102, 18), are GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that 2:17-cr-00367-RFB-VCF is transferred to Chief Judge Gloria M. Navarro and Magistrate Judge Peggy A. Leen.

IT IS FURTHER ORDERED that the calendar call currently scheduled for March 13, 2018, in 2:17-cr-00367-RFB-VCF shall be vacated.

///

IT IS FURTHER ORDERED that a status conference is scheduled for Monday, March 19, 2018, at 10:00 a.m. in Courtroom 7D which shall be vacated if the parties file a stipulation to waive speedy trial and change the March 19, 2018 trial date to June 19, 2018.

**DATED** this __12__ day of March, 2018

_____
Gloria M. Navarro, Chief Judge
United States District Court

_____
Richard F. Boulware, II
United States District Judge