FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00225-GMN-PAL-3 |
| Plaintiff, | 2:17-cr-00367-GMN-PAL-1 |
| vs. | **ORDER** |
| JULIAN GARCIA-PALOMERA, | |
| Defendant. | |

On October 4, 2018, the Court granted counsel's Motion to Withdraw as Counsel of Record and for the Appointment of New Counsel (ECF Nos. 129/31), as stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that **Maysoun Fletcher** be appointed as counsel for Julian Garcia-Palomera in place of Gia McGillivray for all future proceedings.

Ms. McGillivray's office shall forward the file to Ms. Fletcher forthwith.

DATED this ____4th____ day of October, 2018.
*Nunc pro tunc: October 1, 2018.*

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE